UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERIC. D. B.,[1] | ) | CIVIL ACTION NO. 4:23-CV-0474 |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | (ARBUCKLE, M.J.) |
| MARTIN O'MALLEY, *SOCIAL* | ) | |
| *SECURITY COMMISSIONER*,[2] | ) | |
| Defendant | ) | |

## **ORDER**

In accordance with the accompanying memorandum opinion, it is ORDERED that:

(1)     The final decision of the Commissioner is VACATED.

(2)     This case is REMANDED to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

(3)     Final judgment will be issued in favor of Eric D. B. by separate order.

(4)     The Clerk of Court is DIRECTED to CLOSE this case.

Date: March 29, 2024                         BY THE COURT

                                             *s/William I. Arbuckle*
                                             William I. Arbuckle
                                             U.S. Magistrate Judge

---

[1] To protect the privacy interests of plaintiffs in social security cases, we have adopted the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States that federal courts should refer to plaintiffs in such cases by their first name and last initial.

[2] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. He is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d); *see also* 42 U.S.C. § 405(g).